IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CV-00325-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | |
| $123,950.00 IN U. S. CURRENCY, | ) | **O R D E R** |
| Defendant, | ) | |
| and | ) | |
| ANTOINE WRIGHT, | ) | |
| Claimant. | ) | |

Upon consideration of Plaintiff's unopposed motion to stay discovery and for good cause shown, it is hereby

ORDERED that the motion is ALLOWED and discovery is STAYED pending the disposition of Plaintiff's Motion to Strike and Motion for Summary Judgment [DE-16] and such further Order of the Court.

SO ORDERED, this the 21st day of July, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge